# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CODY A. TOLEDO,<br>            Plaintiff,<br><br>      v.<br><br>EASTON POLICE DEPARTMENT, *et al.*,<br>            Defendants. | :<br>:<br>:<br>:   Civil No. 5:20-cv-02473-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 29th day of October, 2021, for the reasons set forth in the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

2. The pending Motion to Dismiss (ECF No. 12) is **DENIED as moot**.

3. The case is **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge